**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EMPLOYEE PAINTERS' TRUST HEALTH & WELFARE FUND, by and through its designated fiduciary, Todd Koch, ) ) ) ) | |
| Plaintiff, ) ) | Case No. 2:10-cv-01215-KJD-GWF |
| vs. ) ) | **ORDER** |
| CUSTOM FLOORS, INC., *et al.*, ) ) | |
| Defendants. ) | |

This matter is before the Court on the Order to Stay Proceedings (#17) filed November 3, 2010. Accordingly,

**IT IS ORDERED** counsel for the parties shall file an interim status report no later than **April 15, 2011**.

DATED this 5th day of April, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge