# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

EMPLOYEE PAINTERS' TRUST
HEALTH & WELFARE FUND,

    Plaintiff,

v.

CUSTOM FLOORS, INC., *et al.*,

    Defendants.

Case No. 2:10-CV-01215-KJD -GWF

**ORDER**

    In its April 15, 2011 Status Report (#21), Plaintiff stated that on November 3, 2010, Defendants Custom Floors, Inc. and Frank Kopcha made a final payment pursuant to a stipulated judgement by confession. Plaintiff indicated that a stipulation for dismissal would be filed soon thereafter. The Court orders the parties to file a stipulation for dismissal or, in the alternative, a joint status report on or before August 26th.

**IT IS SO ORDERED**

DATED this 12th day of August 2011.

_____
Kent J. Dawson
United States District Judge