ROBERT E. SCHUMACHER (SBN: 7504)
JON M. LUDWIG (SBN: 3998)
GORDON & REES LLP
3770 Howard Hughes Parkway, Suite 100
Las Vegas, NV 89169
Telephone: (702) 577-9300
Facsimile: (702) 255-2858
rschumacher@gordonrees.com
jludwig@@gordonrees.com

Attorneys for Defendants
CUSTOM FLOORS, INC., FRANK KOPCHA
AND CONTRACTORS BONDING & INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EMPLOYEE PAINTERS' TRUST HEALTH & WELFARE FUND, by and through its designated fiduciary, Todd Koch,<br><br>Plaintiff,<br><br>vs.<br><br>CUSTOM FLOORS, INC., a Nevada Corporation; FRANK KOPCHA, an individual; CONTRACTORS BONDING & INSURANCE COMPANY; JOHN DOES I-XX, inclusive; and ROE ENTITIES I-XX, inclusive,<br><br>Defendant. | CASE NO. 2:10-cv-01215- KJD-RJJ<br><br>STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL OF DEFENDANTS CUSTOM FLOORS, INC. AND FRANK KOPCHA WITH PREJUDICE |

The Plaintiff, EMPLOYEE PAINTERS' TRUST HEALTH & WELFARE FUND ("Plaintiff" or "Fund"), by and through its designated fiduciary, Todd Koch, and by and through its attorneys, Christensen James & Martin, and Defendants CUSTOM FLOORS, INC. and FRANK KOPCHA (collectively "Defendants" or "Custom Defendants") (Fund and Custom Defendants collectively referred to as "Parties"), by and through its Counsel Gordon & Rees LLP, and pursuant to F.R.C.P. 41(a)(1)(ii), do hereby stipulate and agree to dismissal of all claims and causes of action asserted in *Complaint for Breach of Contract* [Doc. 1] against the Custom Defendants in the above-entitled case with prejudice. The Trust Fund reserves its right to assert any potential claims against the Defendants discovered by audit for any past, present or

-1-

future claim period.

IT IS SO STIPULATED.

Dated this 15th day of September, 2011
GORDON & REES LLP

By: _____
Jon M. Ludwig, Esq.
(SBN: 003998)
3770 Howard Hughes Parkway
Las Vegas, NV 89169
Attorneys for Defendants

Dated this 21 day of September, 2011
CHRISTENSEN JAMES & MARTIN

By: _____
Sara D. Cope, Esq.
(SBN: 10329)
7400 W. Sahara Avenue
Las Vegas, NV 89117
Attorneys for Plaintiff

IT IS SO ORDERED.

Dated this __30th__ day of ~~September~~ November, 2011.

_____
DISTRICT COURT JUDGE

-2-