ROBERT E. SCHUMACHER (SBN: 7504)
JON M. LUDWIG (SBN: 3998)
GORDON & REES LLP
3770 Howard Hughes Parkway, Suite 100
Las Vegas, NV 89169
Telephone: (702) 577-9300
Facsimile: (702) 255-2858
rschumacher@gordonrees.com
jludwig@@gordonrees.com

Attorneys for Defendants
CUSTOM FLOORS, INC., FRANK KOPCHA
AND CONTRACTORS BONDING & INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EMPLOYEE PAINTERS' TRUST HEALTH & WELFARE FUND, by and through its designated fiduciary, Todd Koch,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>CUSTOM FLOORS, INC., a Nevada Corporation; FRANK KOPCHA, an individual; CONTRACTORS BONDING & INSURANCE COMPANY; JOHN DOES I-XX, inclusive; and ROE ENTITIES I-XX, inclusive,<br><br>　　　　　　　　Defendant. | CASE NO. 2:10-cv-01215- KJD-RJJ<br><br>**STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL OF DEFENDANTS CUSTOM FLOORS, INC. AND FRANK KOPCHA WITH PREJUDICE** |

　　　　The Plaintiff, EMPLOYEE PAINTERS' TRUST HEALTH & WELFARE FUND ("Plaintiff" or "Fund"), by and through its designated fiduciary, Todd Koch, and by and through its attorneys, Christensen James & Martin, and Defendants CUSTOM FLOORS, INC. and FRANK KOPCHA (collectively "Defendants" or "Custom Defendants") (Fund and Custom Defendants collectively referred to as "Parties"), by and through its Counsel Gordon & Rees LLP, and pursuant to F.R.C.P. 41(a)(1)(ii), do hereby stipulate and agree to dismissal of all claims and causes of action asserted in *Complaint for Breach of Contract* [Doc. 1] against the Custom Defendants in the above-entitled case with prejudice. The Trust Fund reserves its right to assert any potential claims against the Defendants discovered by audit for any past, present or

future claim period.

IT IS SO STIPULATED.

Dated this ____ day of September, 2011
GORDON & REES LLP

By: _____
Jon M. Ludwig, Esq.
(SBN: 003998)
3770 Howard Hughes Parkway
Las Vegas, NV 89169
Attorneys for Defendants

Dated this ____ day of September, 2011
CHRISTENSEN JAMES & MARTIN

By: _____
Sara D. Cope, Esq.
(SBN: 10329)
7400 W. Sahara Avenue
Las Vegas, NV 89117
Attorneys for Plaintiff

IT IS SO ORDERED.

Dated this 30th day of ~~September~~ November, 2011.

_____
DISTRICT COURT JUDGE

-2-